**STATE of Missouri, Plaintiff/Respondent,**

v.

**Jeffrey L. DAVIS, Defendant/Appellant.**

**No. 57099.**

Missouri Court of Appeals, Eastern District, Division One.

May 28, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1991.

Deborah B. Wafer, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

In this court-tried case, defendant appeals his conviction of the class C felony of tampering, a violation of § 569.080, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).